UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff and Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>MEDICAL PROPERTIES TRUST, INC., )<br>)<br>Defendant and Counterclaim-Plaintiff. ) | Case No. 1:21-cv-11621 |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim-Plaintiff Medical Properties Trust, Inc. ("MPT") hereby states that MPT is a publicly-held corporation that has no parent company.  There is no publicly-held corporation that owns 10% or more of MPT's stock; however, subsidiaries of BlackRock, Inc. (which is a publicly-held corporation) collectively own more than 10% of MPT's stock.

Dated:  December 7, 2022

                                   **MEDICAL PROPERTIES TRUST, INC.**

By its attorneys,

*/s/ Martin C. Pentz*
Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Natalie F. Panariello (BBO # 707579)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
Facsimile:  617 832 7000
mpentz@foleyhoag.com
cpage@foleyhoag.com
npanariello@foleyhoag.com

Of counsel:

Dale Jefferson (*pro hac vice*)
David D. Disiere (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com
disiere@mdjwlaw.com

## CERTIFICATE OF SERVICE

     I, Martin C. Pentz, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on December 7, 2022.

                                     */s/ Martin C. Pentz*
                                     Martin C. Pentz