UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff and Counterclaim-Defendant, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-11621-PBS |
| MEDICAL PROPERTIES TRUST, INC., | ) ) | |
| Defendant and Counterclaim-Plaintiff. | ) ) | |

-and-

| | | |
|---|---|---|
| STEWARD HEALTH CARE SYSTEM LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-11902-PBS |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | JULY 18, 2023 |

**JOINT MOTION FOR ENTRY OF CONFIDENTIALITY STIPULATION**

Plaintiff Zurich American Insurance Company and Defendant American Guarantee and

Liability Insurance Company (collectively "Zurich"), Defendant Medical Properties Trust, Inc.

("MPT") and Plaintiff Steward Health Care System LLC ("Steward") jointly move pursuant to

Fed. R. Civ. P. 26(c)(1)(G) for entry of the attached Confidentiality Stipulation in each of the

two cases referenced above, Case Nos. 1:21-cv-11621-PBS and 1:21-cv-11902-PBS (the

"Actions"). Good cause exists to grant this Motion.  Among other things, discovery in the

Actions will involve the production of confidential, proprietary, trade secret, and/or private

information for which special protection is warranted.  Accordingly, the parties jointly move the

Court to grant this motion.

**ZURICH AMERICAN INSURANCE COMPANY**

By its attorney,


*/s/ Michael Menapace*
Michael Menapace (BBO# 568841)
Wiggin and Dana, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Facsimile: (860) 297-3799
mmenapace@wiggin.com

**MEDICAL PROPERTIES TRUST, INC.**
By its attorneys,


*/s/ Martin C. Pentz*
Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Natalie F. Panariello (BBO # 707579)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone:  617 832 1000
Facsimile:  617 832 7000
mpentz@foleyhoag.com
cpage@foleyhoag.com
npanariello@foleyhoag.com

Dale Jefferson (*pro hac vice*)
David D. Disiere (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com
disiere@mdjwlaw.com

**STEWARD HEALTHCARE SYSTEM LLC**

*/s/ Howard M. Cooper*
Howard M. Cooper (BBO No. 543842)
David H. Rich (BBO No. 634275)
Matthew S. Furman (BBO No. 679751)
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 720-2626
Email: hcooper@toddweld.com
        drich@toddweld.com
        mfurman@toddweld.com

**AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY**

*/s/ Jonathan D. Mutch*
Jonathan D. Mutch, Esq. (BBO No. 634543)
ROBINS KAPLAN LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
Tel: 617-859-2722
Email: JMutch@RobinsKaplan.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

/s/ Michael Menapace
Michael Menapace, Esq. (BBO 568841)

21416\65\4877-0836-3889.v2