UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> MEDICAL PROPERTIES TRUST, INC., <br><br> Defendant and Counterclaim-Plaintiff. | Case No. 1:21-cv-11621-PBS |

**STIPULATION AND [PROPOSED] ORDER OF
<u>DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Zurich American Insurance Company ("Zurich") and Defendant and Counterclaim-Plaintiff Medical Properties Trust, Inc. ("MPT"), by and through their undersigned counsel, hereby STIPULATE AND AGREE that all of Zurich's and MPT's claims against each other in the above-captioned action shall be dismissed with prejudice, with Zurich and MPT each to bear their own attorneys' fees and costs.

[Signatures on next page.]

1

Respectfully submitted,

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY** | **MEDICAL PROPERTIES TRUST, INC.** |
| By its attorney, | By its attorneys, |
| */s/ Michael Menapace* | */s/ Martin C. Pentz* |
| Michael Menapace (BBO# 568841) | Martin C. Pentz (BBO # 394050) |
| Wiggin and Dana, LLP | Creighton K. Page (BBO # 674640) |
| 20 Church Street | Natalie F. Panariello (BBO # 707579) |
| Hartford, Connecticut 06103 | Laura D. Gradel (BBO #692315) |
| Telephone: (860) 297-3733 | Foley Hoag LLP |
| Facsimile: (860) 297-3799 | Seaport West, 155 Seaport Boulevard |
| mmenapace@wiggin.com | Boston, Massachusetts 02210-2600 |
| | Telephone:  617 832 1000 |
| | Facsimile:  617 832 7000 |
| | mpentz@foleyhoag.com |
| | cpage@foleyhoag.com |
| | npanariello@foleyhoag.com |
| | lgradel@foleyhoag.com |
| | |
| | Dale Jefferson (*pro hac vice*) |
| | David D. Disiere (*pro hac vice*) |
| | Martin, Disiere, Jefferson & Wisdom |
| | 808 Travis, Suite 1100 |
| | Houston, TX 77002 |
| | Telephone: 713 632 1717 |
| | jefferson@mdjwlaw.com |
| | disiere@mdjwlaw.com |

Dated:  November 13, 2024

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Patti B. Saris
United States District Court Judge

## **CERTIFICATE OF SERVICE**

      I, Martin C. Pentz, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on November 13, 2024.

                                       */s/ Martin C. Pentz*
                                       Martin C. Pentz