UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) <br> ) <br> ) |
| Plaintiff and Counterclaim-Defendant, | ) <br> ) |
| v. | )    Case No. 1:21-cv-11621-PBS <br> ) |
| MEDICAL PROPERTIES TRUST, INC., | ) <br> ) |
| Defendant and Counterclaim-Plaintiff. | ) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Zurich American Insurance Company ("Zurich") and Defendant and Counterclaim-Plaintiff Medical Properties Trust, Inc. ("MPT"), by and through their undersigned counsel, hereby STIPULATE AND AGREE that all of Zurich's and MPT's claims against each other in the above-captioned action shall be dismissed with prejudice, with Zurich and MPT each to bear their own attorneys' fees and costs.

[Signatures on next page.]

Respectfully submitted,

| ZURICH AMERICAN INSURANCE COMPANY | MEDICAL PROPERTIES TRUST, INC. |
|---|---|
| By its attorney, | By its attorneys, |

/s/ *Michael Menapace*
Michael Menapace (BBO# 568841)
Wiggin and Dana, LLP
20 Church Street
Hartford, Connecticut 06103
Telephone: (860) 297-3733
Facsimile: (860) 297-3799
mmenapace@wiggin.com

/s/ *Martin C. Pentz*
Martin C. Pentz (BBO # 394050)
Creighton K. Page (BBO # 674640)
Natalie F. Panariello (BBO # 707579)
Laura D. Gradel (BBO #692315)
Foley Hoag LLP
Seaport West, 155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: 617 832 1000
Facsimile: 617 832 7000
mpentz@foleyhoag.com
cpage@foleyhoag.com
npanariello@foleyhoag.com
lgradel@foleyhoag.com

Dale Jefferson (*pro hac vice*)
David D. Disiere (*pro hac vice*)
Martin, Disiere, Jefferson & Wisdom
808 Travis, Suite 1100
Houston, TX 77002
Telephone: 713 632 1717
jefferson@mdjwlaw.com
disiere@mdjwlaw.com

Dated: November 13, 2024

IT IS SO ORDERED this 15 day of November, 2024.

*[signature]*
The Honorable Patti B. Saris
United States District Court Judge